IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BRANDON RUIZ,
    Petitioner

v.

MICHAEL OVERMYER, et al.,
    Respondents

No. 1:17-cv-01979

(Judge Kane)

## ORDER

**AND NOW**, on this 21st day of May 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Brandon Ruiz's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DISMISSED with prejudice** as time-barred;

2. A certificate of appealability shall not issue in this case, as Ruiz has failed to demonstrate a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); see also Miller-El v. Cockrell, 537 U.S. 322, 335-36 (2003); and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania